# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ADI Liquidation, Inc. (f/k/a AWI Delaware, Inc.), *et al.*, | Case No. 14-12092 (KJC) |
| Debtors. | (Jointly Administered) |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.), | |
| Plaintiff, | Adv. Pro. No. 16-51214 (KJC) |
| v. | |
| Scansource Inc., | |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that the plaintiff hereby dismisses the above-captioned adversary proceeding with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i), made applicable in this adversary proceeding by Fed. R. Bankr. P. 7041.

Dated:  March 8, 2017  
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer  
David B. Stratton (DE No. 960)  
Evelyn J. Meltzer (DE No. 4581)  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
P.O. Box 1709  
Wilmington, Delaware  19899-1709  
Telephone:     (302) 777-6500  
Facsimile:     (302) 421-8390  
E-mail:        strattond@pepperlaw.com  
               meltzere@pepperlaw.com

and

#43029184 v1

        HAHN & HESSEN LLP
        Mark T. Power (admitted pro hac vice)
        Edward L. Schnitzer (admitted pro hac vice)
        Joseph Orbach (admitted pro hac vice)
        Jeffrey Zawadzki (admitted pro hac vice)
        Rex Chatterjee (admitted pro hac vice)
        488 Madison Avenue
        New York, New York  10022
        Telephone:    (212) 478-7200
        Facsimile:    (212) 478-7400
        E-mail:       mpower@hahnhessen.com
                      eschnitzer@hahnhessen.com
                      jorbach@hahnhessen.com
                      jzawadzki@hahnhessen.com
                      rchatterjee@hahnhessen.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 8th day of March, 2017, I caused the foregoing **Notice of Dismissal with Prejudice** to be served upon the following party by United States first-class mail, postage prepaid.

| | |
|---|---|
| Scansource Inc.<br>Attn: John J. Ellsworth<br>(Registered Agent)<br>6 Logue Ct<br>Greenville, SC 29615 | Scansource Inc.<br>Attn: Brett Pierce<br>Account Recovery Coordinator<br>12 Logue Court<br>Greenville, SC 29615 |

    /s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)

#43029184 v1