## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ADI Liquidation, Inc.<br>(f/k/a AWI Delaware, Inc.), *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 14-12092 (KJC)<br><br>(Jointly Administered) |
| Debtor(s) Listed on Exhibit 1,<br><br>        Plaintiff,<br><br>v.<br><br>Defendant List on Exhibti 1,<br><br>        Defendant. | Adv. No: See Exhibit 1 |

### STATUS REPORT IN ADVERSARY PROCEEDINGS

I, Evelyn J. Meltzer, co-counsel to Alan D. Halperin, as the Debtors' Representative of ADI Liquidation, Inc. (f/k/a AWI Delaware, Inc.), *et al* (collectively, the "Debtors"), in accordance with the *Order Granting Motion of the Debtors' Representative to Eastablish Procedures Governing Adversary Procedings Brought Pursuant to Sections 547, 548 and 550 of the Bankruptcy Code* (the "Procedures Order") entered on December 29, 2016 in each of the adversary aroceedings listed on **Exhibit 1** attached hereto (the "Adversary Proceedings"),

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: ADI Liquidation, Inc. (f/k/a AWI Delaware, Inc.) (3683); AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) (7857); NK Liquidation, Inc. (f/k/a Nell's, Inc.) (1195); Co-Op Agency Inc. (4081); AL Liquidation, Inc. (f/k/a Associated Logistics, Inc.) (1506); WR Liquidation, Inc. (f/k/a White Rose Inc.) (1833); RT Liquidation Corp. (f/k/a Rose Trucking Corp.) (2630); WRSC Liquidation Corp. (f/k/a WR Service Corp.) (5698); WRSC II Liquidation Corp. (f/k/a VR Service II Corp.) (9444); WRSC V Liquidation Corp. (f/k/a WR Service V Corp.) (4224); and White Rose Puerto Rico, LLC (4914).

respectfully submit the attached status report in the Adversary Proceedings, attached hereto as

**Exhibit 2**[2], current as of the date hereof.

Dated:  March 31, 2017
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware  19899-1709
Telephone:    (302) 777-6500
Facsimile:    (302) 421-8390
E-mail:        strattond@pepperlaw.com
               meltzere@pepperlaw.com

and

HAHN & HESSEN LLP
Mark T. Power (admitted pro hac vice)
Edward L. Schnitzer (admitted pro hac vice)
Joseph Orbach (admitted pro hac vice)
Jeffrey Zawadzki (admitted pro hac vice)
Rex Chatterjee (admitted pro hac vice)
488 Madison Avenue
New York, New York  10022
Telephone:    (212) 478-7200
Facsimile:    (212) 478-7400
E-mail:        mpower@hahnhessen.com
               eschnitzer@hahnhessen.com
               jorbach@hahnhessen.com
               jzawadzki@hahnhessen.com
               rchatterjee@hahnhessen.com

*Co-Counsel for the Debtors' Representative*

---

[2]    Some of the adversary proceedings listed on the status report attached hereto as Exhibit 2 were not subject to the Procedures Order.  They have been included to provide the Court with a more complete view of the status of the adversary proceedings filed in these chapter 11 cases.

# EXHIBIT 1

**(Avoidance Actions)**

ADI Liquidation, Inc.  (f/k/a AWI Delaware, Inc.), et al.

| DEBTOR (PLAINTIFF) NAME | DEFENDANT NAME | AP NO. | LEAD COUNSEL | DELAWARE COUNSEL |
|---|---|---|---|---|
| RT Liquidation Corp. (f/k/a Rose Trucking Corp.) | A-1 POWER WASHING INC. | 16-51201 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | ADSAGE ADVERTISING, LLC | 16-51202 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | ADVANCE BUSINESS CAPITAL LLC | 16-51141 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| RT Liquidation Corp. (f/k/a Rose Trucking Corp.) | ADVANCE BUSINESS CAPITAL LLC | 16-51142 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | ADVANCED SERVICE SOLUTIONS INC. | 16-51143 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | ALLEN HARIM FOODS LLC | 16-51144 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | AMBRIOLA CO. INC. | 16-51220 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | AMERICAN FARMER BRANDS LLC | 16-51222 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | AMERICAN FOOD  DISTRIBUTOR LLC | 16-51435 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| RT Liquidation Corp. (f/k/a Rose Trucking Corp.) | APEX CAPITAL CORP | 16-51146 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | APG SECURITY LLC | 16-51203 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | APOLLO FOOD GROUP LLC | 16-51225 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | ARBOR MATERIAL HANDLING INC. | 16-51147 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | ASSOCIATED SUPERMARKET GROUP, LLC (F/K/A ASSOCIATED FOOD STORES, L.L.C.) | 16-51216 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | AURORA ORGANIC DAIRY CORP | 16-51230 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | BARRY'S GOURMET BROWNIES | 16-51437 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | BHNS GROUP LTD | 16-51252 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | BIG GEYSER, INC. | 16-51255 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | BISCOTTI BROTHERS BAKERY, INC. | 16-51440 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | BLOUNT FINE FOODS CORP. | 16-51441 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | BROOK'S AVE FOOD ADVANTAGE CORP. | 16-51151 | Hahn & Hessen LLP | Pepper Hamilton LLP |

| DEBTOR (PLAINTIFF) NAME | DEFENDANT NAME | AP NO. | LEAD COUNSEL | DELAWARE COUNSEL |
|---|---|---|---|---|
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | BUCKEYE ENERGY SERVICES LLC | 16-51150 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | C.H.R. Corporation aka CHR Corporation | 16-51478 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | CAMBRIDGE FARMS OF HANOVER LLC | 16-51266 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| RT Liquidation Corp. (f/k/a Rose Trucking Corp.) | CENTURY TRANSPORT INC. | 16-51205 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | CHEP CONTAINER AND POOLING SOLUTIONS, INC. | 16-51423 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | CIVITAS MEDIA LLC | 16-51206 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | CLARK PRINTING GRAPHICS, INC. | 16-51152 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | CLIFFSTAR CORP | 16-51309 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | COMDATA NETWORK, INC. | 16-51153 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | COMDATA NETWORK, INC. | 16-51156 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose, Inc.) | COSMOS FOOD PRODUCTS INC. | 16-51318 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | CROWN ADVERTISING AGENCY INC. | 16-51162 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | Delores Naglak | 16-51474 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | DIVA COMMERCIAL CLEANING SERVICES, INC. | 16-51165 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| RT Liquidation Corp. (f/k/a Rose Trucking Corp.) | DIVI-S TRANS LIMITED LIABILITY COMPANY | 16-51167 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | DRIVELINE RETAIL MERCHANDISING, INC. | 16-51148 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | EAST COAST DRIVER SOLUTIONS LLC | 16-51149 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| RT Liquidation Corp. (f/k/a Rose Trucking Corp.) | EAST COAST DRIVER SOLUTIONS LLC | 16-51169 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | EAST PENN MANUFACTURING CO INC. | 16-51432 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | EICA TRANSPORTATION INC. | 16-51197 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | ELAN FINANCIAL SERVICES | 16-51187 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |

**ADI Liquidation, Inc. (f/k/a AWI Delaware, Inc.), et al.**

| DEBTOR (PLAINTIFF) NAME | DEFENDANT NAME | AP NO. | LEAD COUNSEL | DELAWARE COUNSEL |
|---|---|---|---|---|
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | ELECTRIC BATTERY COMPANY LLC | 16-51189 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White | EUROBUBBLIES, INC. | 16-51364 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White | FIELDBROOK FOODS CORP | 16-51376 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | FRANK DONIO INCORPORATED | 16-51170 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | FRED S CHESSER & COMPANY INC. | 16-51171 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) WR Liquidation, Inc. (f/k/a White Rose | FROZEN FOOD DEVELOPMENT INC. | 16-51383 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | G F A BRANDS INCORPORATED | 16-51386 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | G L MEZZETTA INC. | 16-51387 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | George C. & Mitzi R. Saylor Living Trust | 16-51475 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP | 16-51173 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | GROW-LINK INC. | 16-51397 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | GUTTMAN OIL COMPANY | 16-51174 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White | HONEY TREE INC. | 16-51406 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | HORMEL FINANCIAL SERVICES CORP. | 16-51207 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | HOWARD MARTIN & ASSOCIATES LTD | 16-51175 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White | IDAHOAN FOODS LLC | 16-51425 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | IMPACT STAFFING, INC. | 16-51176 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) WR Liquidation, Inc. (f/k/a White Rose | IMPERIAL FROZEN FOODS | 16-51313 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White | ISE AMERICA, INC. | 16-51317 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | J. CHRISTOPHER MICHAEL | 16-51145 | Hahn & Hessen LLP | Pepper Hamilton LLP |

| DEBTOR (PLAINTIFF) NAME | DEFENDANT NAME | AP NO. | LEAD COUNSEL | DELAWARE COUNSEL |
|---|---|---|---|---|
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | JAFFE & ASHER LLP | 16-51191 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | Jane's Market, Inc. | 16-51476 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | JCF ASSOCIATES OF WESTCHESTER INC. | 16-51193 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| RT Liquidation Corp. (f/k/a Rose Trucking Corp.) | JD FACTORS, LLC | 16-51195 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | JFE SHOJI TRADE AMERICA INCORPORATED | 16-51234 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | KAPP ADVERTISING SERVICE, INC. | 16-51208 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | KENS FOODS INCORPORATED | 16-51427 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | KINGS SUPER MARKETS INC. | 16-51428 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | KREIDER FARMS | 16-51347 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | KV MARK IMPORTS INC. | 16-51251 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | KW RASTALL OIL COMPANY | 16-51199 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | L & J INTERNATIONAL | 16-51254 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | L & R DISTRIBUTORS INC | 16-51200 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | L&K DISTRIBUTORS INC. | 16-51178 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | LA VALLE FOODS USA | 16-51256 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | LATIN BRANDS CORP. | 16-51355 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | LEGACY INCORPORATED | 16-51179 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | M A TRUCKING LLC | 16-51181 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | MANPOWER US INC. | 16-51210 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | MARTIN'S FAMOUS PASTRY SHOPPE INC. | 16-51184 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | MEADOWLANDS EXPOSITION CENTER | 16-51185 | Hahn & Hessen LLP | Pepper Hamilton LLP |

ADI Liquidation, Inc.  (f/k/a AWI Delaware, Inc.), et al.

| DEBTOR (PLAINTIFF) NAME | DEFENDANT NAME | AP NO. | LEAD COUNSEL | DELAWARE COUNSEL |
|---|---|---|---|---|
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | MEDIA MECHANIC LLC | 16-51158 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | MJ MACKAREY SNACKS INC. | 16-51159 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | NESAM INC. | 16-51160 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| RT Liquidation Corp. (f/k/a Rose Trucking Corp.) | OPTIMUM STAFFING, INC. | 16-51161 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | PADILLA IMPORT SALES & MARKETING INC | 16-51289 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | PALMIERI FOOD PRODUCTS INC | 16-51294 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | PAUL DOERFLER | 16-51290 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | PERFECTEMP REFRIGERATION SERVICE INC. | 16-51211 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | PETROLEUM PRODUCTS CORP. | 16-51458 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | PLAINFIELD CONSTRUCTION, LLC | 16-51166 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| RT Liquidation Corp. (f/k/a Rose Trucking Corp.) | POLMAX LLC | 16-51168 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | PREFERRED PLASTICS & PACKAGING CO., INC. | 16-51177 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | PROVISIONES VILLAFANE INC. | 16-51314 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR | R BEST PRODUCE INC. | 16-51431 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | RETAILER OWNED RESEARCH CO | 16-51212 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | RHOADS & SINON LLP | 16-51470 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | ROBERT HALF INTERNATIONAL INC. d/b/a Accountemps | 16-51213 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| RT Liquidation Corp. (f/k/a Rose Trucking Corp.) | RTS FINANCIAL SERVICE, INC. | 16-51180 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | S & S REFRIGERATION CO., INC. | 16-51183 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | SCANDINAVIAN TOBACCO GROUP LANE LTD | 16-51186 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | SCANSOURCE INC. | 16-51214 | Hahn & Hessen LLP | Pepper Hamilton LLP |

| DEBTOR (PLAINTIFF) NAME | DEFENDANT NAME | AP NO. | LEAD COUNSEL | DELAWARE COUNSEL |
|---|---|---|---|---|
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | SINCO, INC. | 16-51328 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | SPECIALTY BRANDS OF AMERICA, INC. | 16-51380 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | SPECIALTY FOODS GROUP, INC. | 16-51382 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | THE RUN-A-THON GROUP, INC. | 16-51393 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | THE TRUJILLO FAMILY FOUNDATION, INC. | 16-51188 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | TILE WORLD CORPORATION | 16-51395 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | TRAIN WRECK LLC | 16-51342 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | TROPHY NUT COMPANY | 16-51398 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | UNIVISION RADIO NEW YORK INC. | 16-51190 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | VIMAX PUBLISHING & MARKETING INC. | 16-51192 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | VITASOY USA | 16-51409 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | WAKEFERN FOOD CORP. | 16-51467 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) | WISE FOODS INC | 16-51194 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |
| AW Liquidation, Inc. (f/k/a Associated Wholesalers, Inc.) and WR Liquidation, Inc. (f/k/a White Rose Inc.) | WOLFGANG B GOURMET FOODS, INC. | 16-51419 | Hahn & Hessen LLP | Pepper Hamilton LLP |
| WR Liquidation, Inc. (f/k/a White Rose Inc.) | WRIGHT EXPRESS FINANCIAL SERVICES CORP. | 16-51196 | Halperin Battaglia Benzija, LLP | Pepper Hamilton LLP |

**<u>EXHIBIT 2</u>**

**(Status Report)**

ADI Liquidation, Inc. Status Report

March 2017

| Status A - Service Not Yet Complete | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |

ADI Liquidation, Inc. Status Report
March 2017

| Status B - Answer Not Yet Due | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
| AMBRIOLA CO., INC. | 16-51220 | 11/9/2016 | 4/7/2017 | | | | | | | |
| AMERICAN FARMER BRANDS LLC | 16-51222 | 11/10/2016 | 4/7/2017 | | | | | | | |
| Apollo Food | 16-51225 | 11/10/2016 | 4/12/2017 | | | | | | | |
| Aurora Organic Dairy Corp | 16-51230 | 11/10/2016 | 4/7/2017 | | | | | | | |
| C.H.R. CORPORATION | 16-51478 | 11/16/2016 | 4/14/2017 | | | | | | | |
| CLARK PRINTING GRAPHICS, INC. | 16-51152 | 11/4/2016 | 4/7/2017 | | | | | | | |
| DIVA COMMERCIAL CLEANING SERVICES, INC. | 16-51165 | 11/7/2016 | 4/1/2017 | | | | | | | |
| DRIVELINE RETAIL MERCHANDISING, INC. | 16-51148 | 11/4/2016 | 4/7/2017 | | | | | | | |
| Elan Financial | 16-51187 | 11/7/2016 | 5/5/2017 | | | | | | | |

ADI Liquidation, Inc. Status Report
March 2017

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| G L MEZZETTA INC | 16-51387 | 11/10/2016 | 4/10/2017 | | | | | | | |
| GEORGE C. & MITZI R. SAYLOR LIVING TRUST | 16-51475 | 12/6/2016 | 4/5/2017 | | | | | | | |
| Goldberg Weprin Finkel Goldstein LLP | 16-51173 | 11/7/2016 | 4/10/2017 | | | | | | | |
| HOWARD MARTIN & ASSOCIATES LTD | 16-51175 | 11/9/2016 | 3/31/2017 | | | | | | | |
| Imperial Frozen Foods | 16-51313 | 11/10/2016 | 4/9/2017 | | | | | | | |
| ISE AMERICA | 16-51317 | 11/10/2016 | 4/7/2017 | | | | | | | |
| Jaffe & Asher LLP | 16-51191 | 11/7/2016 | 4/7/2017 | | | | | | | |
| KINGS SUPER MARKETS INC. | 16-51428 | 3/24/2017 | 4/23/2017 | | | | | | | |
| RHOADS & SINON LLP | 16-51470 | 12/5/2016 | 4/5/2017 | | | | | | | |
| RTS Financial Service, Inc. | 16-51180 | 11/7/2016 | 5/8/2017 | | | | | | | |

ADI Liquidation, Inc. Status Report
March 2017

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Specialty Brands of America, Inc. | 16-51380 | 11/7/2016 | 4/13/2017 | | | | | | | |
| WAKEFERN FOOD CORP. | 16-51467 | 12/5/2016 | 4/5/2017 | | | | | | | |
| Wise Foods Inc. | 16-51194 | 11/7/2016 | 5/8/2017 | | | | | | | |

ADI Liquidation, Inc. Status Report

March 2017

**Status C - Defaults**

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| A-1 POWER WASHING INC. | 16-51201 | 11/7/2016 | 12/7/2016 | 1/27/2017 | 2/22/2017 | | | | | |
| ADSAGE ADVERTISING, LLC | 16-51202 | 11/7/2016 | 12/7/2016 | 2/3/2017 | 2/28/2017 | | | | | |
| ADVANCED SERVICE SOLUTIONS INC. | 16-51143 | 11/4/2016 | 12/4/2016 | | | | | | | |
| BARRY'S GOURMET BROWNIES | 16-51437 | 11/11/2016 | 12/11/2016 | 2/22/2017 | 3/17/2017 | | | | | |
| BHNS GROUP LTD. | 16-51252 | 11/10/2016 | 12/10/2016 | 3/15/2017 | | | | | | |
| BROOK'S AVE FOOD ADVANTAGE CORP. | 16-51151 | 11/4/2016 | 12/4/2016 | 3/24/2017 | 3/24/2017 | | | | | |
| CHEP CONTAINER AND POOLING SOLUTIONS, INC. | 16-51423 | 11/11/2016 | 12/11/2016 | 3/24/2017 | | | | | | |
| EAST COAST DRIVER SOLUTIONS LLC | 16-51149 | 11/4/2016 | 12/4/2016 | | | | | | | |
| EAST COAST DRIVER SOLUTIONS LLC | 16-51169 | 11/7/2016 | 12/7/2016 | | | | | | | |

ADI Liquidation, Inc. Status Report
March 2017

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| EUROBUBBLIES, INC | 16-51364 | 11/10/2016 | 12/10/2016 | | | | | | | |
| FRANK DONIO INCORPORATED | 16-51170 | 11/7/2016 | 12/7/2016 | | | | | | | |
| Frozen Food Development Inc. | 16-51383 | 11/10/2016 | | | | | | | | |
| IMPACT STAFFING LLC | 16-51176 | 2/2/2017 | 3/4/2017 | 3/29/2017 | | | | | | |
| L&K DISTRIBUTORS INC. | 16-51178 | 12/5/2016 | 1/4/2017 | | | | | | | |
| M & A TRUCKING LLC | 16-51181 | 11/16/2016 | 12/16/2016 | | | | | | | |
| Palmieri Food Produces Inc. | 16-51294 | 11/10/2016 | | | | | | | | |
| PLAINFIELD CONSTRUCTION, LLC | 16-51166 | 11/7/2016 | 12/7/2016 | | | | | | | |
| PREFERRED PLASTICS & PACKAGING CO., INC. | 16-51177 | 11/7/2016 | 12/7/2016 | | | | | | | |

ADI Liquidation, Inc. Status Report
March 2017

| Status D - Settled/Dismissed | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
| ALLAN HARIM FOODS LLC | 16-51144 | 12/5/2016 | 2/6/2017 | | | | | | Resolved and dismissed. | |
| AMERICAN FOOD DIST. | 16-51435 | 11/11/2016 | 1/7/2017 | | | | | | Resolved and dismissed. | |
| APG SECURITY LLC | 16-51203 | 11/7/2016 | 2/6/2017 | | | | | | Resolved and dismissed. | |
| ARBOR MATERIAL HANDLING INC. | 16-51147 | 11/4/2016 | 2/6/2017 | | | | | | Resolved and dismissed. | |
| BIG GEYSER, INC. | 16-51255 | 11/10/2016 | 1/7/2017 | | | | | | Resolved and dismissed. | |
| BLOUNT FINE FOODS | 16-51441 | 11/10/2016 | 12/9/2016 | | | | | | Resolved and dismissed. | |
| CAMBRIDGE FARMS OF HANOVER LLC | 16-51266 | 11/10/2016 | 4/7/2017 | | | | | | Resolved and dismissed. | |
| CENTURY TRANSPORT INC. | 16-51205 | 11/9/2016 | 2/6/2017 | | | | | | Resolved and dismissed. | |
| CIVITAS MEDIA LLC | 16-51206 | 11/9/2016 | 1/7/2017 | | | | | | Resolved and dismissed. | |

ADI Liquidation, Inc. Status Report
March 2017

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIFFSTAR CORP. | 16-51309 | 11/10/2016 | 2/6/2017 | | | | | | Resolved and dismissed. | |
| COMDATA NETWORK, INC. | 16-51153 | 11/7/2016 | 4/7/2017 | | | | | | Resolved and dismissed. | |
| COMDATA NETWORK, INC. | 16-51156 | 11/9/2016 | 4/7/2017 | | | | | | Resolved and dismissed. | |
| COSMOS FOOD PRODUCTS INC. | 16-51318 | 11/10/2016 | 2/6/2017 | | | | | | Resolved and dismissed. | |
| CROWN ADVERTISING AGENCY INC. | 16-51162 | 11/7/2016 | 1/7/2017 | | | | | | Resolved and dismissed. | |
| DELORES NAGLAK | 16-51474 | 12/6/2016 | 1/5/2017 | | | | | | Resolved and dismissed. | |
| EAST PENN MANUFACTURING CO INC. | 16-51432 | 11/11/2016 | 12/11/2016 | | | | | | Resolved and dismissed. | |
| EICA TRANSPORTATION INC | 16-51197 | 11/7/2016 | 4/7/2017 | | | | | | Resolved and dismissed. | |
| ELECTRIC BATTERY COMPANY LLC | 16-51189 | 11/7/2016 | 4/7/2017 | | | | | | Resolved and dismissed. | |
| FIELDBROOK FOODS CORP | 16-51376 | 11/10/2016 | 3/10/2017 | | | | | | Resolved and dismissed. | |

ADI Liquidation, Inc. Status Report
March 2017

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| GROW-LINK INC. | 16-51397 | 11/11/2016 | 12/11/2016 | | | | | | Resolved and dismissed. | |
| HORMEL FINANCIAL SERVICES CORP. | 16-51207 | 11/9/2016 | 12/9/2016 | | | | | | Resolved and dismissed. | |
| IDAHOAN FOODS LLC | 16-51425 | 11/11/2016 | 12/11/2016 | | | | | | Resolved and dismissed. | |
| JFE SHOJI TRADE AMERICA INCORPORATED | 16-51234 | 11/10/2016 | 12/10/2016 | | | | | | Resolved and dismissed. | |
| KAPP ADVERTISING SERVICE, INC. | 16-51208 | 11/9/2016 | 12/9/2016 | | | | | | Resolved and dismissed. | |
| KREIDER FARMS | 16-51347 | 11/10/2016 | 12/10/2016 | | | | | | Resolved and dismissed. | |
| KV MARK IMPORTS INC | 16-51251 | 11/10/2016 | 12/10/2016 | | | | | | Resolved and dismissed. | |
| KW RASTALL OIL COMPANY | 16-51199 | 11/9/2016 | 12/9/2016 | | | | | | Resolved and dismissed. | |
| L & J INTERNATIONAL | 16-51254 | 11/10/2016 | 12/10/2016 | | | | | | Resolved and dismissed. | |
| L & R DISTRIBUTORS INC | 16-51200 | 11/9/2016 | 12/9/2016 | | | | | | Resolved and dismissed. | |

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| LA VALLE FOODS USA | 16-51256 | 11/10/2016 | 12/10/2016 | | | | | | Resolved and dismissed. | |
| LATIN BRANDS | 16-51355 | 11/10/2016 | 12/10/2016 | | | | | | Resolved and dismissed. | |
| LEGACY INCORPORATED | 16-51179 | 11/7/2016 | 12/7/2016 | | | | | | Resolved and dismissed. | |
| MANPOWER US INC | 16-51210 | 11/9/2016 | 12/9/2016 | | | | | | Resolved and dismissed. | |
| MARTIN'S FAMOUS PASTRY SHOPPE INC | 16-51184 | 11/7/2016 | 12/7/2016 | | | | | | Resolved and dismissed. | |
| MEADOWLANDS EXPOSITION CENTER | 16-51185 | 11/7/2016 | 12/7/2016 | | | | | | Resolved and dismissed. | |
| PADILLA IMPORT SALES & MKTG INC | 16-51289 | 11/10/2016 | 12/10/2016 | | | | | | Resolved and dismissed. | |
| PAUL DOERFLER | 16-51290 | 11/10/2016 | 12/10/2016 | | | | | | Resolved and dismissed. | |
| PERFECTEMP REFRIGERATION SERVICE INC. | 16-51211 | 11/9/2016 | 12/9/2016 | | | | | | Resolved and dismissed. | |
| PETROLEUM PRODUCTS CORP. | 16-51458 | 12/5/2016 | 1/4/2017 | | | | | | Resolved and dismissed. | |

ADI Liquidation, Inc. Status Report
March 2017

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| R BEST PRODUCE INC. | 16-51431 | 11/11/2016 | 12/11/2016 | 2/2/2017 | 2/2/2017 | | | | Resolved and satisfaction of judgment filed. | |
| Retailer Owned Research Co. | 16-51212 | 11/9/2016 | | | | | | | Resolved and dismissed. | |
| ROBERT HALF INTERNATIONAL INC. | 16-51213 | 11/9/2016 | 12/9/2016 | | | | | | Resolved and dismissed. | |
| SCANDINAVIAN TOBACCO GROUP LANE LTD | 16-51186 | 11/7/2016 | 12/7/2016 | | | | | | Resolved and dismissed. | |
| SCANSOURCE INC | 16-51214 | 11/9/2016 | 12/9/2016 | | | | | | Resolved and dismissed. | |
| SINCO, INC. | 16-51328 | 11/10/2016 | 12/10/2016 | | | | | | Resolved and dismissed. | |
| THE RUN-A-TON GROUP | 16-51393 | 11/11/2016 | 12/11/2016 | | | | | | Resolved and dismissed. | |
| THE TRUJILLO FAMILY FOUNDATION, INC. | 16-51188 | 11/7/2016 | 12/7/2016 | | | | | | Resolved and dismissed. | |
| TILE WORLD CORP | 16-51395 | 11/11/2016 | 12/11/2016 | | | | | | Resolved and dismissed. | |
| TRAIN WRECK LLC | 16-51342 | 11/14/2016 | 12/14/2016 | | | | | | Resolved and dismissed. | |

ADI Liquidation, Inc. Status Report
March 2017

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| TROPHY NUT COMPANY | 16-51398 | 11/11/2016 | 12/11/2016 | | | | | | Resolved and dismissed. | |
| UNIVISION RADIO NEW YORK INC. | 16-51190 | 11/7/2016 | 12/7/2016 | | | | | | Resolved and dismissed. | |
| VITASOY USA | 16-51409 | 11/11/2016 | 12/11/2016 | | | | | | Resolved and dismissed. | |
| WOLFGANG B GOURMET FOODS | 16-51419 | 11/11/2016 | 12/11/2016 | | | | | | Resolved and dismissed. | |

ADI Liquidation, Inc. Status Report

March 2017

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Status E - Settled and Not Yet Dismissed** | | | | | | | | | | |
| FRED S CHESSER & COMPANY INC | 16-51171 | 11/7/2017 | 12/7/2016 | | | | | | Settled and to be dismissed. | |
| GUTTMAN OIL COMPANY | 16-51174 | 11/7/2016 | 4/7/2017 | | | | | | Settled and to be dismissed. | |
| HONEY TREE INC | 16-51406 | 11/11/2016 | 4/11/2016 | | | | | | Settled and to be dismissed. | |
| JANE'S MARKET, INC. | 16-51476 | 12/6/2016 | 1/5/2017 | | | | | | Settled and to be dismissed. | |
| KENS FOODS INCORPORATED | 16-51427 | 11/11/2016 | 12/11/2016 | | | | | | Settled and to be dismissed. | |
| POLMAX LLC | 16-51168 | 11/7/2016 | 4/6/2017 | | | | | | Settled and to be dismissed. | |
| Specialty Food Group, Inc. | 16-51382 | 11/10/2017 | | | | | | | Settled and to be dismissed. | |
| VIMAX PUBLISHING & MARKETING INC | 16-51192 | 11/7/2016 | 12/6/2016 | | | | | | Settled and to be dismissed. | |
| Wright Express Financial Services Corp. | 16-51196 | 11/7/2016 | 4/7/2017 | | | | | | Settled and to be dismissed. | |

ADI Liquidation, Inc. Status Report

March 2017

| Status F - Answered and Discovery is Underway | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |

| Status G - Mediator Appointed or To be Appointed | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
| Advance Business Capital LLC | 16-51141 | 11/4/2016 | 1/6/2017 | | | 3/15/2017 | Connor Bifferato | | | |
| Advance Business Capital LLC | 16-51142 | 11/4/2016 | 1/6/2017 | | | 3/15/2017 | Connor Bifferato | | | |
| Apex Capital Corp. | 16-51146 | 11/4/2016 | 12/2/2016 | | | | Selection due | | | |
| Associated Supermarket Group, LLC f/k/a Associated Food Stores | 16-51216 | 11/8/2016 | N/A | | | | Mark E. Felger | | | |
| Biscotti Brothers | 16-51440 | 11/10/2016 | 12/7/2016 | | | Selected- but did not file notice | Connor Bifferato | | | |
| BUCKEYE ENERGY SERVICES LLC | 16-51150 | 11/4/2016 | 12/5/2016 | | | 3/15/2017 | Mark E. Felger | | | |
| DIVI-S TRANS LIMITED LIABILITY COMPANY | 16-51167 | 11/7/2016 | 3/7/2017 | | | | Selection due 4/21/2017 | | | |
| GFA BRANDS INCORPORATED | 16-51386 | 11/11/2016 | 1/9/2017 | | | | Selection due 5/1/2017 | | | |
| JCF ASSOCIATES OF WESTCHESTER INC. | 16-51193 | 12/6/2016 | 1/26/2017 | | | 3/24/2017 | Connor Bifferato | | | |

ADI Liquidation, Inc. Status Report
March 2017

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| JD Factors, LLC | 16-51195 | 11/7/2016 | 2/28/2017 | | | | Selection due 4/14/2017 | | | |
| MEDIA MECHANIC LLC | 16-51158 | 11/7/2016 | 1/13/2017 | | | 3/15/2017 | Connor Bifferato | | | |
| J. CHRISTOPHER MICHAEL | 16-51145 | 9/7/2016 | 9/27/2017 | | | 3/23/2017 | Derek C. Abbott | | | |
| MJ MACKAREY SNACKS INC. | 16-51159 | 11/7/2016 | 11/28/2016 | | | | Selection due | | | |
| NESAM INC. | 16-51160 | 11/7/2016 | 12/7/2016 | | | 3/15/2017 | Connor Bifferato | | | |
| OPTIMUM STAFFING, INC. | 16-51161 | 11/7/2016 | 12/7/2016 | | | 3/15/2017 | Connor Bifferato | | | |
| PROVISIONES VILLAFANE INC | 16-51314 | 11/10/2016 | 12/12/2016 | | | 3/15/2017 | Connor Bifferato | | | |
| S & S REFRIGERATION CO., INC. | 16-51183 | 11/7/2016 | 12/7/2016 | | | 3/15/2017 | Connor Bifferato | | | |

ADI Liquidation, Inc. Status Report

March 2017

| Status H - Trial Ready | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |

ADI Liquidation, Inc. Status Report

March 2017

| Status I - Dispositive Motion Pending | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Response Deadline | | | | | |

ADI Liquidation, Inc. Status Report

March 2017

| Status J - Stayed by Defendant's Bankruptcy | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |